UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

TRAYSHAWN ALEXANDER,

Defendant.

**ORDER**

18 Cr. 416 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference scheduled for **September 1, 2020** will take place at **9:00 a.m.** by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access/security code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access/security code.

Dated: New York, New York
       August 31, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge